McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, <br><br> Plaintiffs, <br><br> v. <br><br> GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:19-cv-00743-RFB-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF DEFENDANT GEICO CASUALTY COMPANY'S CLAIMS PERSONNEL BY REMOTE MEANS PURSUANT TO FRCP 30(b)(4) (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that Defendant GEICO Casualty Company be granted an extension of time in which to file a response to Plaintiffs' Motion to Compel Depositions of Defendant GEICO Casualty Company's Claim Personnel by Remote Means Pursuant to FRCP 30(b)(4) [Doc. 42] which was filed on June 24, 2020.  The parties stipulate to extending the time for Defendant's response to July 10, 2020.

/ / /

1   This is the first stipulation for extension of time to file Defendant's response.

2   DATED this 8th day of July, 2020

3                                    PRINCE LAW GROUP

4                                    By      /s/ *Kevin Strong*
                                         ────────────────────────────
5                                        Dennis M. Prince, Nevada Bar No. 5092
                                         Kevin Strong, Nevada Bar No. 12107
6                                        8816 Spanish Ridge Ave
                                         Las Vegas, Nevada 89148
7                                        Telephone: (702) 534-7600

8                                        AND

9                                        Farhan R. Naqvi, Nevada Bar No. 8589
                                         Elizabeth E. Coleman, Nevada Bar No. 12350
10                                       Paul G. Albright, Nevada Bar No. 14159
                                         Naqvi Injury Law
11                                       9500 West Flamingo Road, Suite 104
                                         Las Vegas, Nevada 89147
12                                       Tel. (702) 553-1000

13                                       Attorneys for Plaintiffs

14  DATED this 8th day of July, 2020

15                                   McCORMICK, BARSTOW, SHEPPARD,
                                     WAYTE & CARRUTH LLP
16

17                                   By      /s/ *Jonathan W. Carlson*
                                         ────────────────────────────
18                                       Wade M. Hansard, Nevada Bar No. 8104
                                         Jonathan W. Carlson, Nevada Bar No. 10536
19                                       Renee M. Maxfield, Nevada Bar No. 12814
                                         8337 West Sunset Road, Suite 350
20                                       Las Vegas, Nevada 89113
                                         Tel. (702) 949-1100
21
                                         Attorneys for GEICO CASUALTY COMPANY
22  **IT IS SO ORDERED.**

23    DATED this 9th day of July, 2020.

24

25                                   By ────────────────────────────
                                         UNITED STATES MAGISTRATE JUDGE
26

27

28