1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  KEVIN T. STRONG
   Nevada Bar No. 12107
3  **PRINCE LAW GROUP**
   10801 W. Charleston Boulevard
4  Suite 560
   Las Vegas, Nevada 89135
5  Tel:  (702) 534-7600
   Fax: (702) 534-7601
6  E-mail:  eservice@thedplg.com
   -AND-
7  FARHAN R. NAQVI
   Nevada Bar No. 8589
8  ELIZABETH E. COATS
   Nevada Bar No. 12350
9  **NAQVI INJURY LAW**
   9500 W. Flamingo Road, Suite 104
10 Las Vegas, Nevada 89147
   Tel: (702) 465-8733
11 Fax: (702) 553-1002
   Attorneys for Plaintiffs
12 *Kelsy Arlitz and Gary Arlitz and Karie Arlitz*
   *as General Guardians of Kelsy Arlitz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00743-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT GEICO CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON COVERAGE AND DUTY TO DEFEND (ECF NO. 50) AND TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO STAY DISCOVERY (ECF NO. 54)**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ,



and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, through their counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record, Wade M. Hansard and Jonathan W. Carlson of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that the deadline for Plaintiffs to file their Response to Defendant GEICO Casualty Company's Motion for Summary Judgment on Coverage and Duty to Defend (ECF No. 50) shall be extended from September 9, 2020 to September 18, 2020. The Motion was filed on August 19, 2020. This is the first request for extension of time for Plaintiffs to file their Response to the Motion.

IT IS FURTHER STIPULATED AND AGREED that the deadline for Plaintiffs to file their Response to Defendant GEICO Casualty Company's Motion to Stay Discovery (ECF No. 54) shall be extended from September 8, 2020 to September 18, 2020. The Motion was filed on August 24, 2020. This is the first request for extension of time for Plaintiffs to file their Response to the Motion. This Stipulation and [Proposed] Order is submitted in accordance with LR IA 6-1.

The purpose for the parties' request is that Plaintiffs' undersigned counsel has been away from the office over the course of the last several weeks to address several personal issues that have arisen from the listing and sale of his home. The parties continue to address a separate issue regarding the depositions of GEICO's claims personnel and whether such depositions shall proceed later this month, which has also taken substantial time and effort. Given that GEICO's summary judgment motion is 30 pages long and seeks case-concluding relief, additional time is needed for Plaintiffs to fully address and respond to all of GEICO's arguments set forth in the motion. The motion to stay discovery is also interrelated to the summary judgment motion, and an extension of time will allow Plaintiffs to fully address those issues as well. The brief extension of time requested will ensure that all issues presented to this Court are fully addressed, which will ultimately aid this Court in its decision.

. . .

. . .

. . .



Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this <u>8th</u> day of September, 2020.   DATED this <u>8th</u> day of September, 2020

**PRINCE LAW GROUP**                              **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

*/s/ Kevin T. Strong*                             */s/ Wade M. Hansard*
DENNIS M. PRINCE                                  WADE M. HANSARD
Nevada Bar No. 5092                               Nevada Bar No. 8104
KEVIN T. STRONG                                   JONATHAN W. CARLSON
Nevada Bar No. 12107                              Nevada Bar No. 10536
10801 W. Charleston Boulevard                     RENEE M. MAXFIELD
Suite 560                                         Nevada Bar No. 12814
Las Vegas, Nevada 89135                           8337 West Sunset Road, Suite 350
-AND-                                             Las Vegas, Nevada 89113
NAQVI INJURY LAW                                  Attorneys for Defendant
FARHAN R. NAQVI
Nevada Bar No. 8589
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Attorneys for Plaintiffs

## **ORDER**

**IT IS SO ORDERED.**

DATED this <u>11th</u> day of September, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

