DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
E-mail: eservice@thedplg.com
-AND-
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
**NAQVI INJURY LAW**
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Tel: (702) 465-8733
Fax: (702) 553-1002
Attorneys for Plaintiffs
*Kelsy Arlitz and Gary Arlitz and Karie Arlitz as General Guardians of Kelsy Arlitz*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00743-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT GEICO CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON COVERAGE AND DUTY TO DEFEND (ECF NO. 50)**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ,



and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, through their counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record, Wade M. Hansard and Jonathan W. Carlson of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that the deadline for Plaintiffs to file their Response to Defendant GEICO Casualty Company's Motion for Summary Judgment on Coverage and Duty to Defend (ECF No. 50) shall be extended from September 18, 2020 to October 9, 2020. The Motion was filed on August 19, 2020. This is the second request for extension of time for Plaintiffs to file their Response to the Motion. This Stipulation and [Proposed] Order is submitted in accordance with LR IA 6-1.

On September 16, 2020, this Court resolved GEICO's challenge to the Magistrate Judge's Order allowing Plaintiffs to depose GEICO's claims personnel by remote means. (ECF No. 60). As a result, the previously scheduled deposition of GEICO's claims employee, Martin Vedder, will take place on September 25, 2020. The previously scheduled deposition of Jeremy Rains was vacated because GEICO recently informed Plaintiffs' counsel that Mr. Rains is no longer employed with the company. However, GEICO is working to locate Mr. Rains to produce him for his deposition as soon as possible. Both Mr. Vedder and Mr. Rains's testimony will further develop the factual record needed to aid this Court in its decision on GEICO's pending Motion for Summary Judgment.

As this Court is also aware from the parties' previous stipulation, Plaintiffs' undersigned counsel has faced issues arising from the listing and sale of his home. Plaintiffs' undersigned counsel learned this week that a leak in his home previously discovered during the home inspection will require the removal of a substantial portion of the shower followed by the installation of those portions of the shower that were removed. As a result, Plaintiffs' counsel will have to take some time away from the office to monitor the work being performed to ensure his home sale closes by September 29, 2020.

Finally, Plaintiffs' undersigned counsel is in the midst of drafting briefs in two (2) different matters that are pending before the Supreme Court of Nevada: *Capriati*



*Construction Corp., Inc. v. Yahyavi*, Case No. 80107 and *Evans-Waiau, et al. v. Tate*, Case No. 79424.  The parties' requested extension of time will allow counsel to devote the time necessary to fully address the substantial number of issues presented to this Court by GEICO's Motion for Summary Judgment.

Accordingly, the parties respectfully request this Court to approve the foregoing stipulation.  Their requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this 18th day of September, 2020.         DATED this 18th day of September, 2020

**PRINCE LAW GROUP**                             **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

/s/ *Kevin T. Strong*                            /s/ *Jonathan W. Carlson*
DENNIS M. PRINCE                                 WADE M. HANSARD
Nevada Bar No. 5092                              Nevada Bar No. 8104
KEVIN T. STRONG                                  JONATHAN W. CARLSON
Nevada Bar No. 12107                             Nevada Bar No. 10536
10801 W. Charleston Boulevard                    RENEE M. MAXFIELD
Suite 560                                        Nevada Bar No. 12814
Las Vegas, Nevada 89135                          8337 West Sunset Road, Suite 350
-AND-                                            Las Vegas, Nevada 89113
NAQVI INJURY LAW                                 Attorneys for Defendant
FARHAN R. NAQVI
Nevada Bar No. 8589
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED.**

DATED this 24th day of September, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE



3