DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
Tel:  (702) 534-7600
Fax: (702) 534-7601
E-mail:  eservice@thedplg.com
-AND-
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
**NAQVI INJURY LAW**
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Tel:  (702) 465-8733
Fax: (702) 553-1002
Attorneys for Plaintiffs
*Kelsy Arlitz and Gary Arlitz and Karie Arlitz*
*as General Guardians of Kelsy Arlitz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-00743-RFB-DJA <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT GEICO CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON COVERAGE AND DUTY TO DEFEND (ECF NO. 50)** <br><br> **(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY

ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ,

and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, through their



counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record, Wade M. Hansard and Jonathan W. Carlson of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that the deadline for Plaintiffs to file their Response to Defendant GEICO Casualty Company's Motion for Summary Judgment on Coverage and Duty to Defend (ECF No. 50) shall be extended from October 9, 2020 to October 16, 2020. The Motion was filed on August 19, 2020. This is the third request for extension of time for Plaintiffs to file their Response to the Motion. This Stipulation and [Proposed] Order is submitted in accordance with LR IA 6-1.

The reason for this brief extension request is because the parties were only recently able to complete the deposition of GEICO claims examiner, Jeremy Rains, on October 7, 2020. Technical difficulties prevented the parties from conducting Mr. Rains's deposition on its previously scheduled date of September 30, 2020. The court reporter represented to the parties that she shall have Mr. Rains's deposition transcribed by Monday, October 12, 2020. Given that Mr. Rains was the primary claims employee involved in the coverage investigation that gives rise to this matter, his deposition testimony is relevant to the issues presented in GEICO's Motion for Summary Judgment. This short extension of time will allow Plaintiffs to present Mr. Rains's deposition to this Court as part of its consideration of GEICO's Motion for Summary Judgment.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .



10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

1   Accordingly, the parties respectfully request this Court to approve the foregoing

2   stipulation.  Their requested extension is not made in bad faith or to unnecessarily delay

3   these proceedings.

4   DATED this 8th day of October, 2020.    DATED this 8th day of October, 2020

5   **PRINCE LAW GROUP**                    **McCORMICK, BARSTOW,**
                                            **SHEPPARD, WAYTE & CARRUTH**
6                                           **LLP**

7

8

9   */s/Kevin T. Strong*                    */s/ Jonathan W. Carlson*
    DENNIS M. PRINCE                        WADE M. HANSARD
10  Nevada Bar No. 5092                     Nevada Bar No. 8104
    KEVIN T. STRONG                         JONATHAN W. CARLSON
11  Nevada Bar No. 12107                    Nevada Bar No. 10536
    10801 W. Charleston Boulevard           RENEE M. MAXFIELD
12  Suite 560                               Nevada Bar No. 12814
    Las Vegas, Nevada 89135                 8337 West Sunset Road, Suite 350
13  -AND-                                   Las Vegas, Nevada 89113
    NAQVI INJURY LAW                        Attorneys for Defendant
14  FARHAN R. NAQVI
    Nevada Bar No. 8589
15  ELIZABETH E. COATS
    Nevada Bar No. 12350
16  9500 West Flamingo Road, Suite 104
    Las Vegas, Nevada 89147
17  Attorneys for Plaintiffs

18                              **ORDER**

19      **IT IS SO ORDERED.**

20  _____
    RICHARD F. BOULWARE, II
21  UNITED STATES DISTRICT JUDGE

22  DATED this   11th day of October, 2020.

23

24

25

26

27

28

3

