DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
E-mail: eservice@thedplg.com
-AND-
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
**NAQVI INJURY LAW**
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Tel: (702) 465-8733
Fax: (702) 553-1002
Attorneys for Plaintiffs
*Kelsy Arlitz and Gary Arlitz and Karie Arlitz*
*as General Guardians of Kelsy Arlitz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-00743-RFB-DJA <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE AND ENLARGE PAGE LIMIT FOR RESPONSIVE BRIEFING TO PLAINTIFFS AND DEFENDANT'S RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, through their



counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record, Wade M. Hansard and Jonathan W. Carlson of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that the deadline for Plaintiffs to file their Response to Defendant GEICO Casualty Company's Motion for Summary Judgment (ECF No. 111) and for Defendant to file its Response to Plaintiffs' Motion for Summary Judgment (ECF No. 116) shall be extended from Wednesday, May 5, 2021 to Wednesday, May 19, 2021. The parties' respective Motions were filed on April 14, 2021.

IT IS FURTHER STIPULATED AND AGREED that the deadline for Plaintiffs to file their Reply in Support of their Motion for Summary Judgment and for Defendant to file its Reply in Support of its Motion for Summary Judgment shall be extended from Wednesday, May 19, 2021 to Wednesday, June 9, 2021.

IT IS FURTHER STIPULATED AND AGREED that the maximum number of pages the parties may submit for their respective Responses to the Motions for Summary Judgment shall be 25 pages.

IT IS FURTHER STIPULATED AND AGREED that the maximum number of pages the parties may submit for their respective Replies in Support of the Motions for Summary Judgment shall be 20 pages.

The parties respectfully request this Court to approve the foregoing stipulation for a number of reasons. Given the significant number of substantive issues addressed by the parties in their respective Motions for Summary Judgment, both an extension of time and enlargement of pages will provide the parties with ample time and space to ensure that all issues are briefed for this Court in a comprehensive manner. Additionally, Plaintiffs' undersigned counsel of record closed on the purchase of a new home on April 16, 2021, and will have to devote time outside of the office to coordinate various types of work to be completed on the home.

. . .

. . .

. . .

. . .



Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension of time and enlargement of pages are not made in bad faith or to unnecessarily delay these proceedings.

DATED this 27th day of April, 2021.

**PRINCE LAW GROUP**

/s/ Kevin T. Strong
Dennis M. Prince
Nevada Bar No. 5092
Kevin T. Strong
Nevada Bar No. 12107
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
-AND-
NAQVI INJURY LAW
Farhan R. Naqvi
Nevada Bar No. 8589
Elizabeth E. Coats
Nevada Bar No. 12350
9500 West Flamingo Road
Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiffs*

DATED this 27th day of April, 2021.

**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

/s/ Jonathan W. Carlson
Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
8337 West Sunset Road,
Suite 350
Las Vegas, Nevada 89113
-AND-
MUNGER TOLLES & OLSON, LLP
Cary B. Lerman (*admitted pro hac vice*)
Jacob Max Rosen (*admitted pro hac vice*)
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

DATED this 28th day of April, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

