Munger Tolles & Olson, LLP
Cary B. Lerman
California Bar No. 54937
(*admitted pro hac vice*)
  *cary.lerman@mto.com*
350 South Grand Avenue, 50 Floor
Los Angeles, California 90071
Telephone:    (213) 683-9163

Munger Tolles & Olson, LLP
Jacob Max Rosen
California Bar No. 310789
  *max.rosen@mto.com*
(*admitted pro hac vice*)
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4094

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Tayler D. Martinez
Nevada Bar No. 14921
  *tayler.martinez@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-00743-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR RESPONSIVE BRIEFING TO PLAINTIFFS AND DEFENDANT'S RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT (SECOND REQUEST)** |

Case No. 2:19-cv-00743-RFB-DJA

STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR RESPONSIVE BRIEFING TO PLAINTIFFS AND DEFENDANT'S RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT (SECOND REQUEST)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, through their counsel of record, PRINCE LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that the deadline for Plaintiffs to file their Response to Defendant GEICO Casualty Company's Motion for Summary Judgment (ECF No. 111) and for Defendant to file its Response to Plaintiffs' Motion for Summary Judgment (ECF No. 116) shall be extended from Wednesday, May 19, 2021 to Wednesday, May 26, 2021. The parties' respective Motions were filed on April 14, 2021.

This is the second request for extension of time to file responsive briefing to the parties' respective Motions for Summary Judgment. Given the significant number of substantive issues addressed by the parties in their respective Motions for Summary Judgment, an extension of time will provide the parties with ample time to ensure that all issues are briefed for this Court in a more thorough and comprehensive manner.

Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension of time is not made in bad faith or to unnecessarily delay these proceedings.

Dated: May 18, 2021                                                                 PRINCE LAW GROUP

By: _____/s/ *Kevin T. Strong*_____
Dennis M. Prince
Nevada Bar No. 5092
Kevin T. Strong
Nevada Bar No. 12107
Attorneys for Plaintiffs

/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| 1  Dated: May 18, 2021 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: _____/s/ *Jonathan W. Carlson*_____
Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
Tayler D. Martinez
Nevada Bar No. 14921
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: May 19, 2021

_____
RICHARD E. BOULWARE, II
United States District Court

7645561.1