Munger Tolles & Olson, LLP
Cary B. Lerman
California Bar No. 54937
(*admitted pro hac vice*)
  *cary.lerman@mto.com*
350 South Grand Avenue, 50 Floor
Los Angeles, California 90071
Telephone:    (213) 683-9163

Munger Tolles & Olson, LLP
Jacob Max Rosen
California Bar No. 310789
  *max.rosen@mto.com*
(*admitted pro hac vice*)
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4094

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Tayler D. Martinez
Nevada Bar No. 14921
  *tayler.martinez@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00743-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR REPLIES TO RESPONSIVE BRIEFING TO PLAINTIFFS AND DEFENDANT'S RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT (SECOND REQUEST)** |

Case No. 2:19-cv-00743-RFB-DJA

STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR REPLIES TO RESPONSIVE BRIEFING TO
PLAINTIFFS AND DEFENDANT'S RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT (SECOND REQUEST)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, through their counsel of record, PRINCE LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that the deadline for Plaintiffs to file their Reply to Response to Defendant GEICO Casualty Company's Motion for Summary Judgment (ECF No. 111) and for Defendant to file its Reply to Response to Plaintiffs' Motion for Summary Judgment (ECF No. 116) shall be extended from Wednesday, June 9, 2021 to Wednesday, June 16, 2021. The parties' respective Motions were filed on April 14, 2021.

This is the second request for extension of time to file the replies to responsive briefing to the parties' respective Motions for Summary Judgment. This Court approved an extension of time of one week for the parties to file responsive briefing to the parties' respective Motions for Summary Judgment (ECF No. 128) and the parties seek to extend the reply deadline by a commensurate amount of time to maintain the spacing between responsive briefing and replies thereto. In addition, Plaintiffs' undersigned counsel was recently ordered to appear for oral argument before the Nevada Supreme Court in the matter of *Capriati Construction Corp., Inc. v. Yahyavi*, NVSC Case No. 80107, on June 10, 2021. An additional extension of time to file replies will accommodate Plaintiffs' counsel given their extensive preparation in advance of the June 10, 2021 oral argument. The parties note that they appreciate the Court's accommodations thus far.

Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension of time is not made in bad faith or to unnecessarily delay these proceedings.

Dated: May 26, 2021                                          PRINCE LAW GROUP

                                         By:  /s/ *Kevin T. Strong*
                                              Dennis M. Prince
                                              Nevada Bar No. 5092
                                              Kevin T. Strong
                                              Nevada Bar No. 12107
                                              Attorneys for Plaintiffs

Dated: May 26, 2021

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:     /s/ *Jonathan W. Carlson*
Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
Tayler D. Martinez
Nevada Bar No. 14921
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: May 28, 2021

_____
RICHARD F. BOULWARE, II
United States District Court

7650922.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113