Munger Tolles & Olson, LLP
Cary B. Lerman
California Bar No. 54937
(*admitted pro hac vice*)
   cary.lerman@mto.com
350 South Grand Avenue, 50 Floor
Los Angeles, California 90071
Telephone:     (213) 683-9163

Munger Tolles & Olson, LLP
Jacob Max Rosen
California Bar No. 310789
   max.rosen@mto.com
(*admitted pro hac vice*)
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4094

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
   wade.hansard@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
   jonathan.carlson@mccormickbarstow.com
Tayler D. Martinez
Nevada Bar No. 14921
   tayler.martinez@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:      (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>                Plaintiffs,<br><br>       v.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>                Defendants. | Case No. 2:19-cv-00743-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR REPLIES TO RESPONSIVE BRIEFING TO PLAINTIFFS AND DEFENDANT'S RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT (THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, through their counsel of record, PRINCE LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that the deadline for Plaintiffs to file their Reply to Response to Defendant GEICO Casualty Company's Motion for Summary Judgment (ECF No. 111) and for Defendant to file its Reply to Response to Plaintiffs' Motion for Summary Judgment (ECF No. 116) shall be extended from Wednesday, June 16, 2021 to Wednesday, June 23, 2021. The parties' respective Motions were filed on April 14, 2021.

This is the third request for extension of time to file the replies to responsive briefing to the parties' respective Motions for Summary Judgment.  This Court approved an extension of time of one week for the parties to file replies to the responsive briefing to the parties' respective Motions for Summary Judgment (ECF No. 135). Given the substantive and complex nature of the issues and arguments involved in this matter, the partiers respectfully request an additional one week extension to properly and fully reply to the responsive briefs.  The parties note that they appreciate the Court's accommodations thus far.

Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension of time is not made in bad faith or to unnecessarily delay these proceedings.

Dated:  June 8, 2021                                     PRINCE LAW GROUP


By:  _____/s/ *Kevin T. Strong*_____
Dennis M. Prince
Nevada Bar No. 5092
Kevin T. Strong
Nevada Bar No. 12107
Attorneys for Plaintiffs

/ / /

/ / /

/ / /

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2                                                  Case No. 2:19-cv-00743-RFB-DJA
STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR REPLIES TO RESPONSIVE BRIEFING TO PLAINTIFFS AND DEFENDANT'S RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT (THIRD REQUEST)

*Arlitz, et al. v. GEICO Cas. Co.*
Case No. 2:19-cv-00743-RFB-DJA

Dated: June 8, 2021

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ *Jonathan W. Carlson*
Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
Tayler D. Martinez
Nevada Bar No. 14921
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: June 9 , 2021

_____
RICHARD E. BOULWARE, II
United States District Court

7682326.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

3

Case No. 2:19-cv-00743-RFB-DJA

STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR REPLIES TO RESPONSIVE BRIEFING TO PLAINTIFFS AND DEFENDANT'S RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT (THIRD REQUEST)