DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
Tel:  (702) 534-7600
Fax: (702) 534-7601
E-mail:  eservice@thedplg.com
-AND-
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
**NAQVI INJURY LAW**
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Tel:  (702) 465-8733
Fax: (702) 553-1002
Attorneys for Plaintiffs
*Kelsy Arlitz and Gary Arlitz and Karie Arlitz*
*as General Guardians of Kelsy Arlitz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00743-~~RFB~~-DJA [1]  (CDS)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE BRIEFING SCHEDULE FOR ADDITIONAL BRIEFING TO PLAINTIFFS' AND DEFENDANT'S RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, through their

---

[1]   Counsel are reminded, pursuant to ECF No. 158, this case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number 2:19-cv-00743-CDS-DJA.



counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP and Farhan R. Naqvi and Elizabeth E. Coats of NAQVI INJURY LAW, and Defendant GEICO CASUALTY COMPANY, through its counsel of record, James P. Wagoner and Jonathan W. Carlson of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and Cary B. Lerman and Jacob Max Rosen of MUNGER TOLLES & OLSON, LLP, that the deadline for the parties to file the Court-Ordered Supplemental Briefs to Plaintiffs' Motion for Summary Judgment (ECF No. 116) and Defendant's Motion for Summary Judgment (ECF No. 111) shall be extended seven days, from July 20, 2022 to July 27, 2022. This is the parties' second request for extension of time. This Stipulation and [Proposed] Order is submitted in accordance with LR IA 6-1.

The parties respectfully request this brief extension of time to accommodate Plaintiffs' counsel. Specifically, Mr. Prince and Mr. Strong each spent some time away from the office on pre-planned family vacations during portions of June and July, respectively. In addition, Mr. Prince will be out of the office for a pre-planned vacation from July 14, 2022 through July 18, 2022.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .



1    Based on the foregoing, the parties respectfully request this Court to approve the

2  foregoing stipulation. The parties' requested extension is not made in bad faith or to

3  unnecessarily   delay   these   proceedings.   The   parties   greatly   appreciate   the

4  accommodations this Court has continued to provide.

5  DATED this <u>14th</u> day of July, 2022.          DATED this <u>14th</u> day of July, 2022.

6  **PRINCE LAW GROUP**                               **McCORMICK, BARSTOW,**
                                                       **SHEPPARD, WAYTE & CARRUTH**
7                                                      **LLP**

8  <u>/s/Kevin T. Strong</u>                          <u>/s/ Jonathan W. Carlson</u>
9  DENNIS M. PRINCE                                    JAMES P. WAGONER
   Nevada Bar No. 5092                                 (*admitted pro hac vice*)
10 KEVIN T. STRONG                                     JONATHAN W. CARLSON
   Nevada Bar No. 12107                                Nevada Bar No. 10536
11 10801 W. Charleston Boulevard                       8337 West Sunset Road,
   Suite 560                                           Suite 350
12 Las Vegas, Nevada 89135                             Las Vegas, Nevada 89113
   -AND-                                               -AND-
13 NAQVI INJURY LAW                                    MUNGER TOLLES & OLSON, LLP
   FARHAN R. NAQVI                                     CARY B. LERMAN
14 Nevada Bar No. 8589                                 (*admitted pro hac vice*)
   ELIZABETH E. COATS                                  JACOB MAX ROSEN
15 Nevada Bar No. 12350                                (*admitted pro hac vice*)
   9500 West Flamingo Road                             350 South Grand Avenue, 50th Floor
16 Suite 104                                           Los Angeles, California 90071
   Las Vegas, Nevada 89147                             *Attorneys for Defendant*
17 *Attorneys for Plaintiffs*

18                              <u>**ORDER**</u>

19      **IT IS SO ORDERED.**

20      DATED this <u>14th</u> day of July, 2022.

21

22                              _____
                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

