DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
E-mail: eservice@thedplg.com
-AND-
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
**NAQVI INJURY LAW**
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Tel: (702) 465-8733
Fax: (702) 553-1002
Attorneys for Plaintiffs
*Kelsy Arlitz and Gary Arlitz and Karie Arlitz as General Guardians of Kelsy Arlitz*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>Plaintiffs<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:19-cv-00743-CDS-DJA[1]<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT GEICO CASUALTY COMPANY'S PARTIAL MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER DENYING GEICO'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' BREACH OF CONTRACT CLAIMS (ECF No. 190)**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ ("Plaintiffs"),

---

[1] Document does not comply with ECF No. 158. All documents must bear the correct case number 2:19-cv-00743-CDS-DJA. Counsel is advised to correct the case number before filing any future documents.

1  through their counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP and Farhan R. Naqvi and Elizabeth E. Coats of NAQVI INJURY LAW, and Defendant GEICO CASUALTY COMPANY ("GEICO"), through its counsel of record, James P. Wagoner and Jonathan W. Carlson of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and Cary B. Lerman and Jacob Max Rosen of MUNGER TOLLES & OLSON, LLP, that the deadline for Plaintiffs to file their Response to GEICO's Partial Motion for Reconsideration of this Court's Order Denying GEICO's Motion for Summary Judgment on Plaintiffs' Breach of Contact Claims (ECF No. 190) shall be extended by fourteen (14) days, from Tuesday, January 3, 2023 to Tuesday, January 17, 2023.

IT IS FURTHER STIPULATED AND AGREED that the deadline for GEICO to file its Reply in Support of its Partial Motion for Reconsideration of this Court's Order Denying GEICO's Motion for Summary Judgment on Plaintiffs' Breach of Contact Claims (ECF No. 190) shall be extended by twenty-eight (28) days from Tuesday, January 17, 2023, the date Plaintiffs file their Response. Therefore, GEICO's deadline to file its Reply shall be Tuesday, February 14, 2023.

GEICO filed its Partial Motion for Reconsideration on December 20, 2022. This is the parties' first request for extension of time. This Stipulation and [Proposed] Order is submitted in accordance with LR IA 6-1.

The parties respectfully request this brief extension of the briefing schedule to accommodate Plaintiffs' counsel. From Monday, December 12, 2022 through Thursday, December 22, 2022, Plaintiffs' counsel, Mr. Prince, conducted a trial in the matter of *Crick v. In-n-Out Burgers, et al.*, Eighth Judicial District Court Case No. A-18-781174-C. Plaintiffs' counsel devoted substantial resources during those nearly two weeks to conduct that trial. In addition, Plaintiffs' undersigned counsel, Mr. Strong, is traveling over the holidays on a pre-planned family vacation and will not be returning to the office until Tuesday, January 4, 2023, the date after the current deadline to file Plaintiffs' Response to GEICO's Partial Motion for Reconsideration. As a result, GEICO has graciously agreed to extend the briefing schedule to accommodate Plaintiffs' counsel.

. . .

Based on the foregoing, the parties respectfully request this Court to approve the foregoing stipulation. The parties' requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this 27th day of December, 2022.   DATED this 27th day of December, 2022.

**PRINCE LAW GROUP**   **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

/s/Kevin T. Strong
DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
-AND-
NAQVI INJURY LAW
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
9500 West Flamingo Road
Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiffs*

/s/ Jonathan W. Carlson
JAMES P. WAGONER
(*admitted pro hac vice*)
JONATHAN W. CARLSON
Nevada Bar No. 10536
8337 West Sunset Road,
Suite 350
Las Vegas, Nevada 89113
-AND-
MUNGER TOLLES & OLSON, LLP
CARY B. LERMAN
(*admitted pro hac vice*)
JACOB MAX ROSEN
(*admitted pro hac vice*)
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: December 28, 2022

