Munger Tolles & Olson, LLP
Cary B. Lerman
California Bar No. 54937
(*admitted pro hac vice*)
  cary.lerman@mto.com
350 South Grand Avenue, 50 Floor
Los Angeles, California 90071
Telephone:    (213) 683-9163

Munger Tolles & Olson, LLP
Jacob Max Rosen
California Bar No. 310789
  max.rosen@mto.com
(*admitted pro hac vice*)
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4094

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner
California Bar No. 58553
(*admitted pro hac vice*)
  jim.wagoner@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, <br><br> Plaintiffs <br><br> v. <br><br> GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, <br><br> Defendants | Case No. 2:19-cv-00743-CDS-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 22, 2022 ORDER GRANTING, IN PART, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIM FOR BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING AND FOR PLAINTIFFS TO FILE A REPLY THERETO (FIRST REQUEST)** |

Case No. 2:19-cv-00743-CDS-DJA

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 22, 2022 ORDER GRANTING, IN PART, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIM FOR BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING AND FOR PLAINTIFFS TO FILE A REPLY THERETO (FIRST REQUEST)

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

1      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY

2 ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE

3 ARLITZ, as general guardian of ward KELSY ARLITZ, through their counsel of record, PRINCE

4 LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record,

5 McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and MUNGER, TOLLES

6 & OLSON, LLP that Defendant be granted an extension of time in which to file a Response to

7 Plaintiffs' Motion for Reconsideration of the Court's November 22, 2022 Order Granting, in Part,

8 Defendant's Motion for Summary Judgment on Plaintiffs' Claim for Breach of the Covenant of

9 Good Faith and Fair Dealing until February 28, 2003, and that Plaintiffs be granted an extension of

10 time in which to file a Reply until March 28, 2023.

11      This is the first stipulation for extension of time to file Defendant's Response and Plaintiffs'

12 Reply.

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS'
MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 22, 2022 ORDER GRANTING, IN PART,
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIM FOR BREACH OF THE
COVENANT OF GOOD FAITH AND FAIR DEALING AND PLAINTIFFS TO FILE A REPLY THERETO
(FIRST REQUEST)

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113

*Arlitz, et al. v. GEICO Cas. Co.*
Case No. 2:19-cv-00743-CDS-DJA

Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension of time is not made in bad faith or to unnecessarily delay these proceedings.

Dated: February 8, 2023                                PRINCE LAW GROUP

By: _____
        */s/ Kevin T. Strong*
        Dennis M. Prince
        Nevada Bar No. 5092
        Kevin T. Strong
        Nevada Bar No. 12107
        Attorneys for Plaintiffs

Dated: February 8, 2023                                McCORMICK, BARSTOW, SHEPPARD,
                                                                    WAYTE & CARRUTH LLP

By: _____
        */s/ Jonathan W. Carlson*
        James P. Wagoner
        Admitted *Pro Hac Vice*
        Jonathan W. Carlson
        Nevada Bar No. 10536
        Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 9, 2023

8902593.1

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 22, 2022 ORDER GRANTING, IN PART, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIM FOR BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING AND PLAINTIFFS TO FILE A REPLY THERETO (FIRST REQUEST)

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113