DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
E-mail: eservice@thedplg.com
-AND-
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
**NAQVI INJURY LAW**
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Tel: (702) 465-8733
Fax: (702) 553-1002
Attorneys for Plaintiffs
*Kelsy Arlitz and Gary Arlitz and Karie Arlitz*
*as General Guardians of Kelsy Arlitz*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>Plaintiffs<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:19-cv-00743-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR REPLY TO DEFENDANT GEICO CASUALTY COMPANY'S OPPOSITION TO MOTION FOR RECONSIDERATION**<br>**(ECF NOs. 97, 102)**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, through



1  their counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW
2  GROUP, and Defendant GEICO CASUALTY COMPANY, by and through its counsel of
3  record, Wade M. Hansard and Jonathan W. Carlson of McCORMICK, BARSTOW,
4  SHEPPARD, WAYTE & CARRUTH LLP, that the deadline for Plaintiffs to file
5  their Reply to Defendant GEICO Casualty Company's Opposition to Motion for
6  Reconsideration (ECF Nos. 97, 102) shall be extended from March 28, 2022 to April 11,
7  2022. The Motion was filed on January 31, 2022. This is the second request for
8  extension of time for Plaintiffs to file their Reply to this Opposition. The Court
9  previously extended the reply deadline on February 9, 2022. This Stipulation and
10 Order is submitted in accordance with LR IA 6-1.

11     The reason for this brief extension request is that Mr. Strong's son was born on
12 March 22, 2023, weeks earlier than expected. As such, Mr. Strong was unable to
13 complete the Reply to the Opposition. Mr. Strong will be on paternity leave through
14 April 7, 2023. This short extension of time will allow Plaintiffs to finalize their Reply to
15 the Opposition to Plaintiff's Motion for Reconsideration upon Mr. Strong's return.
16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .



Case 2:19-cv-00743-CDS-DJA   Document 200   Filed 03/27/23   Page 3 of 3

Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this 24th day of March, 2023.

**PRINCE LAW GROUP**

*/s/ Dennis M. Prince*
DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
-AND-
NAQVI INJURY LAW
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Attorneys for Plaintiff

DATED this 24th day of March, 2023.

**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

/s/ *Jacob Max Rosen*
WADE M. HANSARD
Nevada Bar No. 8104
JONATHAN W. CARLSON
Nevada Bar No. 10536
RENEE M. MAXFIELD
Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Attorneys for Defendant
and
MUNGER TOLLES& OlSON LLp
CARY B. LERMAN
(*admitted pro hac vice*)
JACOB MAX ROSEN
(*admitted pro hac vice*)
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
*Attorneys for Defendant*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2023

3

