Munger Tolles & Olson, LLP
Cary B. Lerman
California Bar No. 54937
(*admitted pro hac vice*)
  *cary.lerman@mto.com*
350 South Grand Avenue, 50 Floor
Los Angeles, California 90071
Telephone:    (213) 683-9163

Munger Tolles & Olson, LLP
Jacob Max Rosen
California Bar No. 310789
  *max.rosen@mto.com*
(*admitted pro hac vice*)
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4094

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner
California Bar No. 58553
*(admitted pro hac vice)*
  *jim.wagoner@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00743-CDS-DJA<br><br>**JOINT REQUEST AND STIPULATION, AND PROPOSED ORDER, TO CONTINUE MANDATORY SETTLEMENT CONFERENCE PENDING A VOLUNTARY SETTLEMENT CONFERENCE WITH RETIRED JUSTICE NANCY M. SAITTA** |

Case No. 2:19-cv-00743-CDS-DJA
JOINT REQUEST AND STIPULATION, AND PROPOSED ORDER, TO CONTINUE MANDATORY SETTLEMENT CONFERENCE PENDING VOLUNTARY SETTLEMENT CONFERENCE WITH RETIRED JUSTICE NANCY M. SAITTA

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

1  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY
2  ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE
3  ARLITZ, as general guardian of ward KELSY ARLITZ, through their counsel of record, PRINCE
4  LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record,
5  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and MUNGER, TOLLES
6  & OLSON, LLP, as follows:

7  WHEREAS, on August 08, 2023, the Court ordered "that the parties are to attend a
8  settlement conference before the magistrate judge assigned to this case. Should they fail to settle all
9  of the issues headed for trial, they must file a joint pretrial order in accordance with the local rules
10 of this district no later than 14 days after the final settlement conference."

11 WHEREAS, on August 14, 2023, the Hon. Magistrate Judge Albregts set a settlement
12 conference for September 21, 2023, at 10:00 A.M.

13 WHEREAS, the parties have previously attended two settlement conferences in this case
14 with Retired Nevada Supreme Court Justice Nancy M. Saitta acting as mediator;

15 WHEREAS, the parties believe that, given Justice Saitta's familiarity with the parties and
16 history of the case, the parties would benefit from first attending a further settlement conference
17 with Justice Saitta, before they attend a mandatory settlement conference with Judge Albregts;

18 WHEREAS, the parties have reached out to Justice Saitta, and her next available in-person
19 mediation session is October 2, 2023;

20 WHEREAS, counsel for Plaintiffs is, further, not available on September 21, 2023;

21 THEREFORE, the parties STIPULATE and REQUEST that the Court vacate the mandatory
22 settlement conference now set for September 21, 2023, to permit the parties to first attend a further
23 settlement conference with Justice Saitta on October 2, 2023. The parties will provide the Court a
24 status update on the outcome of that conference no later than October 16, 2023. In the event that
25 that settlement conference is unsuccessful, the parties will request in that status report that the Court
26 set a date for a mandatory settlement conference with Judge Albregts. If that later conference, in
27 / / /
28 / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113

turn, is unsuccessful, the parties will prepare a joint pretrial order within 30 days of the mandatory settlement conference with Judge Albregts.

Dated: August 16, 2023      PRINCE LAW GROUP

By:    */s/ Dennis M. Prince*
Dennis M. Prince
Nevada Bar No. 5092
Kevin T. Strong
Nevada Bar No. 12107
Attorneys for Plaintiffs

Dated: August 16, 2023      McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:    */s/ Jonathan W. Carlson*
James P. Wagoner
Admitted *Pro Hac Vice*
Jonathan W. Carlson
Nevada Bar No. 10536
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: August 17, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

9296274.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2023, a true and correct copy of **JOINT REQUEST AND STIPULATION, AND PROPOSED ORDER, TO CONTINUE MANDATORY SETTLEMENT CONFERENCE PENDING A VOLUNTARY SETTLEMENT CONFERENCE WITH RETIRED JUSTICE NANCY M. SAITTA** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset
Road, Suite 350
Las Vegas, NV 89113

4   Case No. 2:19-cv-00743-CDS-DJA
JOINT REQUEST AND STIPULATION, AND PROPOSED ORDER, TO CONTINUE MANDATORY SETTLEMENT CONFERENCE PENDING VOLUNTARY SETTLEMENT CONFERENCE WITH RETIRED JUSTICE NANCY SAITTA