Munger Tolles & Olson, LLP
Cary B. Lerman
California Bar No. 54937
(*admitted pro hac vice*)
  cary.lerman@mto.com
350 South Grand Avenue, 50 Floor
Los Angeles, California 90071
Telephone:     (213) 683-9163

Munger Tolles & Olson, LLP
Jacob Max Rosen
California Bar No. 310789
  max.rosen@mto.com
(*admitted pro hac vice*)
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4094

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner
California Bar No. 58553
(*admitted pro hac vice*)
  jim.wagoner@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101
Attorneys for GEICO CASUALTY COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>                 Plaintiffs<br><br>       v.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>                 Defendants | Case No. 2:19-cv-00743-CDS-DJA<br><br>**JOINT STATUS UPDATE, STIPULATION, AND ORDER ON ONGOING MEDIATION WITH NANCY M. SAITTA** |

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY

2  ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE

3  ARLITZ, as general guardian of ward KELSY ARLITZ, through their counsel of record, PRINCE

4  LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record,

5  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and MUNGER, TOLLES

6  & OLSON, LLP, as follows:

7    WHEREAS, on August 16, 2023, the parties stipulated that they attend a mediation before

8  Retired Nevada Supreme Court Justice Nancy M. Saitta on October 2, 2023;

9    WHEREAS, in that stipulation, the parties stated that they would provide the Court a status

10  update on the outcome of that settlement conference no later than October 16, 2023;

11    WHEREAS, the parties attended that mediation session and, although they did not reach a

12  settlement, they agreed to attend a further mediation session with Justice Saitta;

13    WHEREAS, due to the parties' schedules and Justice Saitta's schedule, that mediation is

14  now scheduled for the earliest possible date of December 11, 2023;

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113

2                    Case No. 2:19-cv-00743-CDS-DJA
JOINT STATUS UPDATE, STIPULATION, AND  ORDER ON ONGOING MEDIATION WITH NANCY M.
SAITTA

THEREFORE, the parties STIPULATE and respectfully REQUEST that the Court modify the current schedule for mediation and a mandatory settlement conference (Dkt. No. 205) as follows: The parties will provide the Court a status update on the outcome of the December 11 mediation no later than December 22, 2023. In the event that mediation is unsuccessful, the parties will request in that status report that the Court set a date for a mandatory settlement conference with Judge Albregts. If that later conference, in turn, is unsuccessful, the parties will prepare a joint pretrial order within 30 days of the mandatory settlement conference with Judge Albregts.

Dated:  October  13, 2023

PRINCE LAW GROUP

By:  ___/s/Kevin T. Strong___
Dennis M. Prince
Nevada Bar No. 5092
Kevin T. Strong
Nevada Bar No. 12107
Attorneys for Plaintiffs

Dated:  October  13, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:  ___/s/Jonathan W. Carlson___
James P. Wagoner
Admitted *Pro Hac Vice*
Jonathan W. Carlson
Nevada Bar No. 10536
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 16, 2023

9425719.1

Case No. 2:19-cv-00743-CDS-DJA
JOINT STATUS UPDATE, STIPULATION, AND ORDER ON ONGOING MEDIATION WITH NANCY M. SAITTA

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113