Munger Tolles & Olson, LLP
Cary B. Lerman
California Bar No. 54937
(*admitted pro hac vice*)
 cary.lerman@mto.com
350 South Grand Avenue, 50 Floor
Los Angeles, California 90071
Telephone:    (213) 683-9163

Munger Tolles & Olson, LLP
Jacob Max Rosen
California Bar No. 310789
 max.rosen@mto.com
(*admitted pro hac vice*)
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4094

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner
California Bar No. 58553
(*admitted pro hac vice*)
 jim.wagoner@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
 jonathan.carlson@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
Attorneys for GEICO CASUALTY COMPANY

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ, <br><br> Plaintiffs <br><br> v. <br><br> GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, <br><br> Defendants | Case No. 2:19-cv-00743-CDS-DJA <br><br> **Order Approving Stipulation to Modify Mediation and Mandatory Settlement Conference Schedule** <br><br> [ECF No. 209] |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:19-cv-00743-CDS-DJA

JOINT STATUS UPDATE, STIPULATION, AND ORDER ON ONGOING MEDIATION WITH NANCY M.
SAITTA

1   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs KELSY

2   ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE

3   ARLITZ, as general guardian of ward KELSY ARLITZ, through their counsel of record, PRINCE

4   LAW GROUP, and Defendant GEICO CASUALTY COMPANY, through its counsel of record,

5   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and MUNGER, TOLLES

6   & OLSON, LLP, as follows:

7   WHEREAS, on October 13, 2023, the parties stipulated to attend a further mediation session

8   with Retired Nevada Supreme Court Justice Nancy M. Saitta on December 11, 2023;

9   WHEREAS, the parties stated that they would provide the Court a status update on the

10  outcome of that settlement conference no later than December 22, 2023;

11  WHEREAS, due to a scheduling conflict, the parties had to reschedule that mediation for

12  February 1, 2024;

13  THEREFORE, the parties STIPULATE and respectfully REQUEST that the Court modify

14  the current schedule for mediation and a mandatory settlement conference (Dkt. No. 207) as follows:

15  The parties will provide the Court a status update on the outcome of the February 1, 2024 mediation

16  no later than February 15, 2024. In the event that mediation is unsuccessful, the parties will request

17  in that status report that the Court set a date for a mandatory settlement conference with Judge

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113

2                                    Case No. 2:19-cv-00743-CDS-DJA
JOINT STATUS UPDATE, STIPULATION, AND ORDER ON ONGOING MEDIATION WITH NANCY M.
SAITTA

1   Albregts. If that later conference, in turn, is unsuccessful, the parties will prepare a joint pretrial

2   order within 30 days of the mandatory settlement conference with Judge Albregts.

3   Dated:  December  19, 2023                                    PRINCE LAW GROUP

5                                            By:  _____/s/ Kevin T. Strong_____
                                                          Dennis M. Prince
6                                                         Nevada Bar No. 5092
                                                          Kevin T. Strong
7                                                         Nevada Bar No. 12107
8                                                         Attorneys for Plaintiffs

10  Dated:  December 19,2023                          McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP

12                                           By:  _____/s/ Jonathan W. Carlson_____
                                                          James P. Wagoner
13                                                       Admitted *Pro Hac Vice*
                                                          Jonathan W. Carlson
14                                                       Nevada Bar No. 10536
15                                                       Attorneys for Defendant

16                                           **ORDER**

17                                           **IT IS SO ORDERED.**

20                                           _____
21                                           UNITED STATES DISTRICT JUDGE

22  9556949.1                                Dated: December 21, 2023

JOINT STATUS UPDATE, STIPULATION, AND ORDER ON ONGOING MEDIATION WITH NANCY M.
SAITTA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113