FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
NAQVI INJURY LAW
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
elizabeth@naqvilaw.com
*Attorneys for Petitioners*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELSY ARLITZ, individually; GARY ARLITZ, as general guardian of ward KELSY ARLITZ; KARIE ARLITZ, as general guardian of ward KELSY ARLITZ,<br><br>Plaintiffs<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants | Case No.: 2:19-cv-00743-CDS-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs KELSY ARLITZ, individually, GARY ARLITZ, as general guardian of ward KELSY ARLITZ, and KARIE ARLITZ, as general guardian of ward KELSY ARLITZ (collectively "Plaintiffs"), by and through their counsel of record, FARHAN R. NAQVI and ELIZABETH E. COATS of NAQVI INJURY LAW, and Defendant GEICO CASUALTY COMPANY ("Defendant"), by and through its counsel of record JAMES P. WAGONER and JONATHAN W. CARLSON of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, and CARY B. LERMAN and J. MAX ROSEN of MUNGER TOLLES & OLSON, that this action is hereby dismissed *with prejudice* pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear their own attorneys' fees and costs.

DATED this 16th day of July, 2024.

NAQVI INJURY LAW
*/s/ Elizabeth Coats*
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
ELIZABETH E. COATS, ESQ.
Nevada Bar No. 12350
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiffs*

DATED this 16th day of July, 2024.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
 /s/ *J. Max Rosen*
JAMES P. WAGONER, ESQ. (PRO HAC)
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
8337 W. Sunset Road, Suite 350
Las Vegas, Nevada 89113

MUNGER TOLLES & OLSON
CARY B. LERMAN, ESQ. (Pro Hac)
J. MAX ROSEN, ESQ. (Pro Hac)
*Attorneys for Geico Casualty Company*

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: July 17, 2024

_____
UNITED STATES DISTRICT JUDGE

